

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00532-CV

**IN RE** Kathryn **STEFFENS**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: June 28, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On May 18, 2023, Relator filed a petition for writ of mandamus. Relator also filed a motion to stay temporary orders and the trial date in the underlying proceeding pending final resolution of the petition for writ of mandamus, which this court granted in part on May 22, 2023. After considering the petition, Real Party in Interest's response, and this record, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied without prejudice to refiling. *See* TEX. R. APP. P. 52.8(a). The stay imposed on May 22, 2023 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2021-CI-03701, styled *In the Interest of F.B.A. and M.K.A., Children*, pending in the 225th Judicial District Court, Bexar County, Texas, the Christine Vasquez-Hortick presiding.